IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONY VITRANO CO., et al.

    Plaintiffs,

v.

LIL LAMB PRODUCE AND SEAFOOD, INC., et al.

    Defendants.

Case No. 1:10-cv-00120-RDB

## ORDER HOLDING DEFENDANTS IN CIVIL CONTEMPT

**UPON CONSIDERATION** of Plaintiffs' Motion for Order to Show Cause why Defendants Should not be Held in Civil Contempt, the Show Cause Hearing held March 17, 2010, and any opposition thereto, it is hereby

**ORDERED ADJUDGED AND DECREED** that Plaintiffs' Motion is granted; and it is further

**ORDERED ADJUDGED AND DECREED** that Defendants Lil Lamb Produce and Seafood, Inc. and Jason Lambright are in civil contempt for failure to comply with the Preliminary Injunction Order entered on January 29, 2010; and it is further

**ORDERED ADJUDGED AND DECREED** that Defendant Jason Lambright shall be detained and held in custody until he purges his contempt for a term not to exceed __2__ months; and it is further

**ORDERED ADJUDGED AND DECREED** that bail for Jason Lambright is set for __10,000.00__, ~~inclusive of a fine in the amount of~~ _____.

SO ORDERED this __17TH__ day of March, 2010.

                                                                                              _____
                                                                                              Richard D. Bennett
                                                                                              United States District Judge